UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUTO-OWNERS INSURANCE
COMPANY,

    Plaintiff,

vs.                                   CASE NO. 8:14-cv-806-T-EAK-MAP

SOUTHERN SALVAGE, INC.; a Florida Corporation
JASON BYRD AND DION PEREZ,

    Defendants.

_____/

**<u>ORDER GRANTING MOTION</u>**

    This cause is before the Court on the Plaintiff's motion for entry of final declaratory judgment against Defendant Southern Salvage, Inc. (Doc. 27). The motion sets out these facts: "1. The court granted Southern Salvage's Amended Motion to Set Aside Default on October 24, 2014. [D.E. 24]; 2. The court provided Southern Salvage ten (10) days from the date of the Order to file its answer to Auto-Owners' Complaint for Declaratory Judgment. [D.E. 24]; and 3. Defendant Southern Salvage has failed to file an answer and/or request any extension to do so." The Court accepts these facts as they are supported by the record herein.

Additionally, the Court entered the following: "ENDORSED ORDER to show cause why...MOTION for Declaratory Judgment *against Southern Salvage* filed by Auto-Owners Insurance Company should not be granted. The defendants have failed to file an opposition to the motion in a timely manner. The order to show cause is due on or before 12/11/14." There has been no response to the Court's order or to the instant motion. The Court's independent review shows that the motion is well-taken. Accordingly, it is

**ORDERED** that the motion for entry of final declaratory judgment against Defendant Southern Salvage, Inc. (Doc. 27) be **granted** and the Clerk of Court is **directed** to enter a Final Declaratory Judgment against Southern Salvage finding and declaring that the Plaintiff owes no duty to defend or indemnify Defendant Southern Salvage Inc. or Defendant Jason Byrd under its policy of liability insurance issued by Auto-Owners in connection with the underlying action. The Clerk of Court shall close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 17th day of December, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record